**Dated: October 15, 2014**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ROBERT H. NICHOLS ) | |
| ) | CASE NO. 11-10547 |
| DEBTOR. ) | |

ORDER GRANTING MOTION TO
SET ASIDE ORDER DISMISSING CASE

It appearing to the Court that the debtor's Motion to Set Aside Order Dismissing Case should be granted there being no objection timely filed to the same;

IT IS THEREFORE ORDERED that the Order Dismissing Case is set aside and this case is reinstated.

IT IS FURTHER ORDERED that the debtor shall be placed on payroll deduction from his employer, Fabric Source.

IT IS FURTHER ORDERED that this case shall be placed on probation and should the debtor fail to make future Plan payments in a timely manner and

in the amount required for execution of the Plan the case may be dismissed

without further notice or hearing.

APPROVED FOR ENTRY:


| /s/ Michael T. Tabor | /s/ Timothy H. Ivy |
|---|---|
| MICHAEL T. TABOR, #4736 | CHAPTER 13 TRUSTEE |
| ATTORNEY FOR DEBTOR | |
| P.O. BOX 2877 | |
| JACKSON, TN  38302-2877 | |
| (731)424-3074 | |

Service List:
Debtor
Attorney for Debtor
Chapter 13 Trustee
All Entities on Matrix